DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STUART INVESTMENTS II, LLC,**
Appellant,

v.

**EQUITY TRUST COMPANY, CUSTODIAN FBO GEORGE J. MANTOAN ROTH IRA 200284071,** derivatively o/b/o **A SUITE SALON-BOCA, LLC, DONALD SANTACATERINA, DOMINIC SANTACATERINA, DONALD JAMES BUILDERS, LLC,** and **A SUITE SALON-BOCA, LLC,**
Appellees.

No. 4D2024-3297

[February 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502021CA011190XXX.

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Michael Heidt of Law Office of Gable & Heidt, Hollywood, for appellee Equity Trust Company, Custodian FBO George J. Mantoan Roth IRA 200284071, derivatively o/b/o a Suite Salon-Boca, LLC.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

**Not final until disposition of timely-filed motion for rehearing.**